**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC.,<br><br>Plaintiff,<br>v.<br><br>STEPHEN P. TROY, JR. AND TROY INDUSTRIES, INC.,<br><br>Defendants. | Civil Action No. MISC 08 51 S |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO QUASH A DEPOSITION SUBPOENA SERVED ON RHODE ISLAND ATTORNEYS**

Defendants, Stephen P. Troy, Jr. and Troy Industries, Inc. ("Troy"), hereby move to extend the time by which Troy must respond to Plaintiff's Motion To Quash A Deposition Subpoena Served On Its Rhode Island Attorneys to July 14, 2008, to permit the parties to attempt to reach agreement on the issues presented in that motion. The parties' efforts are currently on-going, and it is hoped that with an extension of time this issue may be resolved without requiring intervention of this Court.

Plaintiff, Atlantic Research Marketing Systems, Inc., has assented to this motion.

Respectfully submitted,

Dated: July 7, 2008

TROY INDUSTRIES, INC.
AND STEPHEN P. TROY,

By their Attorneys

/s/ Keith F. Noe

Keith F. Noe (#5297)
Thomas P. McNulty
Ann Lamport Hammitte
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA 02142
Telephone: (617) 395-7000
Facsimile: (617) 395-7070
emailservice@LL-A.com

and

Damian R. LaPlaca
Sarah K. Willey
Christian G. Samito
DONOVAN HATEM, LLP
World Trade Center East
Two Seaport Lane
Boston MA 02210
Telephone: (617) 406-4500
Facsimile: (617) 406-4501

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO QUASH A DEPOSITION SUBPOENA SERVED ON ITS RHODE ISLAND ATTORNEYS was filed through the ECF system and will be sent electronically to the registered participants, including those persons listed below, this 7th day of July, 2008.

Craig M. Scott, Esq.
Christine K. Bush, Esq.
DUFFY, SWEENEY & SCOTT LLP
One Turks Head Building, Ste. 1200
Providence, RI 02903
cscott@duffysweeney.com
cbush@duffysweeney.com

/s/ Craig M. Scott