# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC.,<br><br>Plaintiff,<br>v.<br><br>STEPHEN P. TROY, JR. AND TROY INDUSTRIES, INC.,<br><br>Defendants. | Civil Action No. 07-cv-11576 (PBS) |

THIS DOCUMENT CONTAINS MATERIALS THAT ARE CLAIMED TO BE ***CONFIDENTIAL OR HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY*** AND ARE COVERED BY A PROTECTIVE ORDER.