**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC.,<br><br>Plaintiff,<br>v.<br><br>STEPHEN P. TROY, JR. AND TROY INDUSTRIES, INC.,<br><br>Defendants. | Civil Action No. 1:08-mc-00051-S-DLM |

**MOTION FOR LEAVE TO FILE UNDER SEAL OPPOSITION AND EXHIBIT TO PLAINTIFF'S MOTION TO QUASH A DEPOSITION SUBPOENA SERVED ON ITS RHODE ISLAND ATTORNEYS**

Pursuant to Local Rule Gen. 102(b) and the Protective Order entered in the underlying case now pending in the District of Massachusetts, Defendants Stephen P. Troy, Jr. and Troy Industries, Inc., ("Troy"), hereby move for leave to file under seal the unredacted brief in Opposition to Plaintiff's Motion to Quash a Deposition Subpoena Served On Its Rhode Island Attorneys ("Opposition"), together with accompanying Exhibit C.

The materials to be filed under seal include a copy of the deposition transcript of Richard Swan, ARMS' sole 30(b)(6) designee, designated by Plaintiff as "Attorneys' Eyes Only."

Troy has today electronically filed a redacted version of the Opposition, and will serve an unredacted version of the entire filing on counsel for Plaintiff.

Troy believes that the deposition transcript is necessary and appropriately filed under seal given its "Attorneys' Eyes Only" designation by Plaintiff. Pursuant to LR Gen. 102, Troy

requests that the unredacted Opposition and Exhibit C be sealed until further order of the Court.

Respectfully submitted,

Dated: July 14, 2008

TROY INDUSTRIES, INC.
AND STEPHEN P. TROY,

By their Attorneys

Keith F. Noe

Keith F. Noe (R.I. Bar No. 5297)
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA 02142
Telephone: (617) 395-7000
Facsimile: (617) 395-7070
emailservice@LL-A.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL OPPOSITION AND EXHIBIT TO PLAINTIFF'S MOTION TO QUASH A DEPOSITION SUBPOENA SERVED ON ITS RHODE ISLAND ATTORNEYS was filed by mailing same via overnight courier to the Civil Clerk and will be sent via overnight courier, this 14th day of July 2008 to the following:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
DUFFY, SWEENEY & SCOTT LLP
One Turks Head Building, Ste. 1200
Providence, RI 02903
cscott@duffysweeney.com
cbush@duffysweeney.com

Keith F. Noe