(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

ATLANTIC RESEARCH
MARKETING SYSTEMS, INC.

Plaintiff(s)

v.
STEPHEN P. TROY, JR. AND
TROY INDUSTRIES, INC.

Defendant(s)

Dkt. No. 1:08-mc-00051-S-DLM

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendants Stephen P. Troy, Jr. and Troy Industries, Inc. hereby move~~s~~ that Ann Lamport Hammitte be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant
Ann Lamport Hammitte

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Keith F. Noe

Keith F. Noe
Print Name

RI Bar ID # 5297

Lowrie, Lando & Anastasi, LLP
Firm and Business Address
1 Main St., Riverfront Office Park
Cambridge, MA 02142

Email: knoe@LL-A.com

Tel. # 617-395-7000

Fax # 617-395-7070

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date