**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC., Plaintiff, v. STEPHEN P. TROY, JR., AND TROY INDUSTRIES, INC. Defendants. | C.A. No. MISC 08-51-S-DLM |

# PLAINTIFF'S MOTION TO SEAL DOCUMENTS

In accordance with the Protective Order entered in this matter and pursuant to LR Gen. 102, Plaintiff Atlantic Research Marketing Systems, Inc. ("A.R.M.S.") hereby moves to seal its Reply Memorandum in Support of its Motion to Quash a Deposition Subpoena Served on its Rhode Island Attorney and accompanying exhibit (the "Reply"). A true and correct copy of the Protective Order is attached hereto as Exhibit A. In accordance with LR Gen. 102, together with this motion, Plaintiff is filing both an unredacted version and redacted version of the Reply. Plaintiff is separately serving an unredacted version upon opposing counsel.

Plaintiff seeks to seal the Reply because the materials contain excerpts from the deposition transcripts of Stephen Troy, which have been designated pursuant to the Protective Order in this matter as "Confidential—Attorneys' Eyes Only." Accordingly, A.R.M.S. respectfully requests that (1) the Court grant the Motion to Seal; (2) the unredacted Reply be sealed; and (3) the redacted version be docketed by the Clerk.

Atlantic Research Marketing Systems, Inc.,
By its Attorneys,

Craig M. Scott (#4237)
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Ph
(401) 455-0701-Fax
cbush@duffysweeney.com

Dated: July 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2008, a true and correct copy of the foregoing ***Motion to Seal***, will be mailed via first class mail to following counsel of record:

**Ann Lamport Hammitte**
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Cambridge, MA 02142
Email: ahammitte@ll-a.com

**Carla Miriam Levy**
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Cambridge, MA 02142
Email: clevy@ll-a.com

**Thomas P. McNulty**
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Cambridge, MA 02142
Email: tmcnulty@ll-a.com

**Nicholas A Ogden**
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500 \
Fax: 617-406-4501
Email: nogden@donovanhatem.com

H:\Clients\Atlantic Research Marketing (ARMS)\Troy\Pleadings\RI USDC 08-51\Motion to Seal Reply Memo.doc